*1240 Sup. Ct. Ga.;
Ct. Crim. App. Tex.;
*1241 No. 87-6137.
No. 87-6381.
No. 87-6436.
No. 87-6873.
No. 87-6886.
No. 87-7255.
C. A. 11th Cir.;
Ct. Crim. App. Tex.;
Sup. Ct. Fla.;
Ct. Crim. App. Tex.;
Ct. Crim. App. Tex.; and
Ct. Crim. App. Tex. Cer-tiorari denied. Reported below: No. 87-5418, 257 Ga. 115, 355 S. E. 2d 651; No. 87-5876, 733 S. W. 2d 175; No. 87-6137, 823 F. 2d 402; No. 87-6381, 752 S. W. 2d 524; No. 87-6436, 514 So. 2d 354; No. 87-6873, 736 S. W. 2d 702; No. 87-6886, 745 S. W. 2d 4; No. 87-7255, 748 S. W. 2d 451.